[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

**FILED**
1/25/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title: **Trademark Rights Holder**   Case Number: **1:23-cv-16216**

An appearance is hereby filed by the undersigned as a pro se litigant:

Name: **Elliott Isbitt**

Street Address: **Long Reach, Firgrove Road**

City/State/Zip: **Cross in Hand, Heathfield, East Sussex, United Kingdom, TN210SU**

Phone Number: **+44 7779885512**

_____   **25 January 2024**
Signature                   Executed on (date)

---

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✔] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

**elliott.isbitt@syntego.co.uk**
E-Mail Address (Please PRINT legibly.)

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]