IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhougui Hong, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 1:23-cv-16216 |
| v. | ) |
| | ) Dist. Judge Sara L. Ellis |
| The Individuals, Partnerships, and | ) |
| Unincorporated Associations Identified on | ) Mag. Judge Sheila M. Finnegan |
| Schedule A, | ) |
| | ) |
| Defendants | ) |

**Agreed Asset Restraint Order**

On December 21, 2023, this Court entered a Preliminary Injunction Order [Dkt. 26] as to all defendants, including defendants identified in Exhibit A attached hereto ("Defendants"). The Preliminary Injunction Order included, *inter alia*, provisions to restrain funds in Defendants' linked financial accounts.

**IT IS HEREBY ORDERED** that the Preliminary Injunction Order [Dkt. 26] previously entered in this case be modified as follows, subject to further order of the Court:

1. Amazon.com ("Amazon") shall continue to maintain a restraint of funds in the Amazon seller account of Defendants, as identified in Exhibit A attached hereto, until final disposition of this case, or until further order of the Court.

2. Upon service of a copy of this Order, Amazon shall immediately lift any restraints on the Amazon seller account funds of Defendants except for the restraint of funds mentioned in Paragraph 1 above and **Exhibit 1**.

3. The remaining conditions of the Preliminary Injunction Order [Dkt. 26] shall remain with respect to Defendants.

4. Plaintiff's counsel shall provide a copy of this Order to Amazon and, within one (1) day of entry of this Order, shall provide counsel with proof thereof.

5. The conditions of the Preliminary Injunction Order [Dkt. 26] are extended with respect to any other defendants left in the case.

| | |
|---|---|
| /s/ Adam E. Urbanczyk | /s/ Christopher Paul Keleher |
| Adam E. Urbanczyk | Christopher Paul Keleher |
| AU LLC | The Keleher Appellate Law Group, LLC |
| 444 W. Lake St. 17 Floor | 1 East Erie Street |
| Chicago, IL 60606 | Suite 525 |
| (312) 715-7312 | Box 4635 |
| adamu@au-llc.com | Chicago, IL 60611 |
| *Counsel for Plaintiff* | 312-448-8491 |
| | Fax: Active |
| | Email: ckeleher@appellatelawgroup.com |
| | *Counsel for Defendants* |

_____
Hon. Sara L. Ellis
U.S. District Judge          May 15, 2024

**Exhibit 1**

| Defendant Name | Platform | Restrained Amount |
|---|---|---|
| Oilmaiy | Amazon | $5,107.18 |
| TecUnite | Amazon | $40,866.24 |