# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Trademark Rightsholder Identified in Exhibit 1

        Plaintiff,

v.

The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, et al.

        Defendant.

Case No.: 1:23−cv−16216

Honorable Sara L. Ellis

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2024:

    MINUTE entry before the Honorable Sara L. Ellis:Motion for extension of time to file response/reply regarding MOTION by Defendants Oilmaiy, TecUnite for extension of time to file response/reply as to motion for preliminary injunction[12] is terminated pursuant to [26]. MOTION by Defendant envisioned to dissolve TRO [24] denied as moot. Motion [41] is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.