IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhougui Hong, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) 1:23-cv-16216 |
| v. | )<br>) |
| | ) Dist. Judge Sara L. Ellis |
| The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A, | )<br>) Mag. Judge Sheila M. Finnegan<br>)<br>)<br>) |
| Defendants | ) |

**Amended Order Releasing Bond**

The ten thousand dollars ($10,000) bond posted by Plaintiff, including any interest, minus the registry fee, is hereby released to Plaintiff's counsel. The Clerk of the Court is directed to return the $10,000 bond previously deposited with the Clerk of the Court to plaintiff's counsel, Adam E. Urbanczyk AU LLC 444 W. Lake St. 17th Floor Chicago, IL 60606, via regular USPS mail.

Entered December 16, 2024

_[signature]_
U.S. District Court Judge Sara L. Ellis